UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRODRICK K. WEATHERSBY,

    Plaintiff,

v.                                        Case No. 3:23cv6162-LC-HTC

MAJOR WEEKS, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, Brodrick K. Weathersby, a pretrial detainee at the Okaloosa County Jail, proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983, ECF Doc. 1, and a deficient motion to proceed *in forma pauperis*, ECF Doc. 2. On March 21, 2023, the Court denied the motion, advised Plaintiff of the components that were missing, and ordered him to submit a complete motion within twenty-one (21) days. ECF Doc. 4. The March 21 Order expressly warned Plaintiff that his failure to comply with it could result in a recommendation of dismissal. *Id.* at 2. After Plaintiff failed to file any new motion within the allotted time, the Court issued a show cause order, giving him fourteen (14) days to comply with the March 21 Order or show cause why the case should not be dismissed. ECF Doc. 6. To date, however, Plaintiff has not submitted a new motion to proceed *in forma pauperis*, paid the filing fee, or otherwise responded to the show cause order.

Based on the foregoing, dismissal of this case is appropriate. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with Court orders.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 9th day of May, 2023.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.

Case No. 3:23cv6162-LC-HTC